```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

RAYMOND M. SPEARS,              )
                                )
               Plaintiff,       )
                                )
          v.                    )         1:22CV350
                                )
KILOLO KIJAKAZI,                )
Acting Commissioner of Social   )
Security,                       )
                                )
               Defendant.       )

# ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 12, 2023, was served on the parties in this action. (Docs. 12, 13.) Plaintiff objected to the Recommendation (Doc. 14), and Defendant responded in opposition (Doc. 16).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion to Reverse the Decision of the Commissioner of Social Security (Doc. 8) is DENIED, that Defendant's Motion for Judgment on the Pleadings

(Doc. 10) is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

                                          /s/ Thomas D. Schroeder
                                          United States District Judge

July 26, 2023

2

Case 1:22-cv-00350-TDS-LPA   Document 17   Filed 07/26/23   Page 2 of 2